

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2022

No. 04-22-00659-CV

**IN RE** Donald L. **DUNFORD** Jr. and Donald L. Dunford Sr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Patricia O. Alvarez, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On October 5, 2022, Relators Donald L. Dunford Jr. and Donald L. Dunford Sr. filed a petition for writ of mandamus and an emergency motion for temporary relief seeking a stay of the October 10, 2022 trial setting pending resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, relators' emergency motion and their petition for writ of mandamus are denied. *See* TEX. R. APP. P. 52.8(a). A separate opinion will follow.

It is so **ORDERED** on October 6, 2022.

**PER CURIAM**

ATTESTED TO: _____
                MICHAEL A. CRUZ,
                Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021CI25819, styled *Julie W. Schwarz and Thomas W. Schwarz v. Donald L. Dunford Jr. and Donald L. Dunford Sr.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.